MARIE POULSEN, Appellant, *v.* PETER POULSEN, Respondent.

*Husband and wife — divorce — complaint in action for divorce properly dismissed.*

*Poulsen* v. *Poulsen,* 215 App. Div. 861, affirmed.
(Submitted March 30, 1926; decided May 4, 1926.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered January 15, 1926, modifying and affirming as modified a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for divorce.

*Bernard Swartz* for appellant.
*Merritt N. Baker* for respondent.

Judgment affirmed, without costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, MCLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.